Don P. Chairez, Esq.
2801 West Coast Highway, Suite 270
Newport Beach, California 92663
Telephone: (949) 610-7053
Facsimile: (702) 926-9700
Email: donchairez@hotmail.com

*Attorneys for Defendant Stephen D. Chakwin, Jr.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

------------------------------------- X
:
PREFERRED CAPITAL LENDING, INC., an : 13-cv-00368
Illinois Corporation; and PREFERRED CAPITAL :
LENDING OF NEVADA, LLC., a Nevada :
Limited Liability Company, :
: **NOTICE OF REMOVAL**
: **OF CIVIL ACTION**
Plaintiffs, : **UNDER 28 U.S.C. § 1441**
:
- against - :
:
:
STEPHEN D. CHAKWIN, JR., an Individual; :
DOES I through X inclusive; ROE BUSINESS
ENTITY XI through XX, inclusive,

Defendants.
------------------------------------- X

    Defendant Stephen D. Chakwin, Jr. ("Mr. Chakwin"), by his attorneys Frankfurt Kurnit Klein & Selz, P.C., hereby files this Notice of Removal with this Court for removal of this action in its entirety from the District Court of the State of Nevada, Clark County, where it is now pending, to the United States District Court for the District of Nevada, pursuant to 28 U.S.C. § 1441.

    1.    On about January 25, 2013, a summons and complaint apparently was filed in the District Court of the State of Nevada, Clark County, titled *Preferred Capital Lending, Inc., et al. v. Stephen D. Chakwin, Jr., et al.*, Case Number A-13-675650-C.

2. On or about February 14, 2013, Mr. Chakwin received a copy of the Pleadings when copies were delivered by hand to Mr. Chakwin. A copy of all of the papers served on Mr. Chakwin is attached as Exhibit A.

3. This Notice of Removal is timely filed consistent with the requirements of 28 U.S.C. § 1446 (a) and (b).

4. Venue lies in this Court pursuant to 28 U.S.C. § 1441(a) because District of Nevada embraces the place where the state court action is pending.

5. As required for removal as of right under 28 U.S.C. § 1441(a) and (b), this is a civil action over which this Court would have original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity) in that Defendant alleges that he is a resident of the state of Connecticut while Plaintiff Preferred Capital Lending, Inc., is an Illinois corporation with its corporate headquarters in Illinois and Plaintiff Preferred Capital Lending of Nevada, LLC is a Nevada LLC with its principal place of business in Nevada.

6. Pursuant to 28 U.S.C. 1446(d), Mr. Chakwin is serving a copy of this Notice of Removal on plaintiffs and will file a copy with the Clerk of the District Court of the State of Nevada, Clark County.

WHEREFORE, Defendant, Stephen D. Chakwin, Jr., respectfully requests that the above-captioned matter, now pending in the District Court of the State of Nevada, Clark County, be removed to the United States District Court for the District of Nevada.

Dated: New York, New York
March 5, 2013

By: /s/ Don P. Chairez
Don P. Chairez

2801 West Coast Highway, Suite 270
Newport Beach, California 92663 (212) 980-0120
(949) 610-7053

*Attorneys for Defendant Stephen D. Chakwin, Jr.*

TO: Sean K. Claggett, Esq.
William T. Sykes, Esq.
Matthew S. Granda, Esq.
Claggett & Sykes Law Firm
8751 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89117
(702) 655-2346

*Attorneys for Plaintiffs*

Ronald C. Minkoff, Esq.
*New York Counsel for Defendant
Stephen D. Chakwin Jr. in Related Case
Docket Number 07 cv 00901*