# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PREFERRED CAPITAL LENDING, INC., et al., | |
| Plaintiff(s), | Case No. 2:13-cv-00368-GMN-NJK |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 18) |
| STEPHEN D. CHAKWIN, JR., et al., | |
| Defendant(s). | |

Pending before the Court is the Proposed Discovery Plan, Docket No. 18, which is hereby **DENIED**. The presumptive discovery period is 180 days from the date the first defendant answers or appears. Local Rule 26-1(e)(1). In this instance, Defendant answered on March 12, 2013, so the Court will calculate the presumptively reasonable discovery cut off September 9, 2013.

Accordingly, no later than May 1, 2013, the parties shall file an amended proposed discovery plan using that discovery cut off. The amended proposed discovery plan shall also provide proposed dates based on a discovery cut off September 9, 2013 for the deadlines discussed in Local Rule 26-1(e)(2)-(5).

IT IS SO ORDERED.

DATED: April 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge