SEAN K. CLAGGETT, ESQ.
Nevada Bar No. 008407
WILLIAM T. SYKES, ESQ.
Nevada Bar No. 009916
MATTHEW S. GRANDA, ESQ.
Nevada Bar No. 012753
CLAGGETT & SYKES LAW FIRM
8751 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89117
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
wsykes@claggettlaw.com
mgranda@claggettlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREFERRED CAPITAL LENDING, INC., an Illinois Corporation; and PREFERRED CAPITAL LENDING OF NEVADA, LLC., a Nevada Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>STEPHEN D. CHAKWIN, JR., an Individual; DOES I through X inclusive; ROE BUSINESS ENTITY XI through XX, inclusive,<br><br>Defendants. | **CASE NO.: 2:13-CV-00368-GMN-NJK**<br><br>**STIPULATION AND ORDER IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs, Preferred Capital Lending, Inc. and Preferred Capital Lending of Nevada, LLC, and counsel for Defendant, Stephen D. Chakwin, Jr. that:

WHEREAS, on September 15, 2014, the Court issued an Order that both Parties show cause as to why this case should not be transferred to the United States District Court for the District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1404(a);

WHEREAS, the Parties have conferred and neither objects to this case being transferred to the United States District Court for the District of Illinois, Eastern Division;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this case be transferred to the United States District Court for the District of Illinois, Eastern Division pursuant to 28 U.S.C. § 1404(a).

| | |
|---|---|
| Date: September 22, 2014 | Date: September 22, 2014 |
| CLAGGETT & SYKES LAW FIRM | FRANKFURT KURNIT KLEIN & SELZ PC |
| By: /s/ Matthew Granda, Esq. | By: /s/ Kimberly McGhee |
| SEAN K. CLAGGETT, ESQ.<br>Nevada Bar No. 008407<br>WILLIAM T. SYKES, ESQ.<br>Nevada Bar No. 009916<br>MATTHEW S. GRANDA, ESQ.<br>Nevada Bar No. 012753<br>8751 W. Charleston Blvd., Suite 220<br>Las Vegas, NV 89117<br>(702) 655-2346 – Telephone<br>*Attorneys for Plaintiffs* | RONALD C. MINKOFF, ESQ.<br>Admitte *pro hac vice*<br>488 Madison Avenue, 10th Floor<br>New York, New York 10022<br>(212) 908-0120 – Telephone<br><br>- and -<br><br>KIMBERLY R. McGHEE, ESQ.<br>Nevada Bar No. 009728<br>8880 W. Sunset Rd., Ste. 250<br>Las Vegas, NV 89148<br>(702) 423-3491 – Telephone<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
HON. GLORIA M. NAVARRO
United States District Court Judge
Dated: September _____, 2014