## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

PREFERRED CAPITAL LENDING, INC., et al.)

        Plaintiff,            )

                              )      Case No. 1:14-cv-07409

v.                         )      Honorable Ronald A. Guzman

                              )

STEPHEN D. CHAKWIN, JR.     )

                              )

        Defendant.        )

## JURISDICTIONAL STATEMENT

PREFERRED CAPITAL LENDING, INC. by and through its counsel of record,

GARELLI, GROGAN HESSE & HAUERT, hereby submit the Jurisdictional Statement

requested by the Court per Order dated November 3, 2014:

1. The Plaintiff, Preferred Capital Lending, Inc. is an Illinois Corporation. See Secretary of State Report attached as Exhibit A.

2. The Defendant, Stephen D. Chakwin, Jr. currently resides in Norwalk, Connecticut.

                Respectfully Submitted,

                PREFERRED CAPITAL LENDING, INC.

                /s/ AMY GALVIN GROGAN_____

                One of its Attorneys

Amy Galvin Grogan
Garelli Grogan Hesse & Hauert
340 W. Butterfield Rd., Suite 2A
Elmhurst, IL 60126
630-833-5533
ARDC #6229364