UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

PREFERRED CAPITAL LENDING, INC., et al. )
                                            )
      **Plaintiff,**                    )
                                            )    Case No. 1:14-cv-07409
v.                                          )    Honorable Ronald A. Guzman
                                            )
**STEPHEN D. CHAKWIN, JR.**     )
                                            )
      **Defendant.**                  )

**SUPPLEMENT TO JURISDICTIONAL STATEMENT**

PREFERRED CAPITAL LENDING, INC. by and through its counsel of record, GARELLI, GROGAN HESSE & HAUERT, hereby submit the Supplement to Jurisdictional Statement requested by the Court per Order dated November 7, 2014:

    1.    Plaintiff Preferred Capital Lending Nevada LLC is a Nevada limited liability company owned by Preferred Capital Lending, Inc., an Illinois corporation with its principal place of business at 340 W Butterfield Rd. Suite 2A, Elmhurst IL. Preferred Capital Lending, Inc. is owned by Brian Garelli, William Pintas, David Albrecht and Robert Albrecht who are all domiciled in Illinois.

    2.    Defendant Chakwin is an individual domiciled in Connecticut.

                                            Respectfully Submitted,

                                            PREFERRED CAPITAL LENDING, INC.

                                            /s/ AMY GALVIN GROGAN
                                            One of its Attorneys

Amy Galvin Grogan
Garelli Grogan Hesse & Hauert
340 W. Butterfield Rd., Suite 2A
Elmhurst, IL 60126
630-833-5533
ARDC #6229364