UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

PREFERRED CAPITAL LENDING, INC., et al.)
)
     **Plaintiff,** )
)
                                               )    Case No. 1:14-cv-07409
v.                                           )    Honorable Ronald A. Guzman
)
STEPHEN D. CHAKWIN, JR.      )
)
     **Defendant.** )

## NOTICE OF MOTION

TO:    See attached Service List

      **PLEASE TAKE NOTICE** that on **December 16, 2014** at **9:30 a.m.** or as soon thereafter as counsel may be heard, counsel for Plaintiff Preferred Capital Lending, Inc. will appear before the **Honorable Ronald Guzman** in **Courtroom 1219** of the U.S. District Courthouse and present the Plaintiff's Motion to Compel Arbitration, a copy of which is attached hereto and herewith served upon you and at which time and place you may appear if you see fit so to do.

                                       Respectfully Submitted,

                                       PREFERRED CAPITAL LENDING, INC.

                                       By:  /s/ Amy Galvin Grogan
                                                One of his Attorneys

Amy Galvin Grogan
ARDC # 6229364
GARELLI, GROGAN, HESSE & HAUERT
340 W. Butterfield Rd., Suite 2A
Elmhurst, IL 60126
630-833-5533

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on 1st day of December, 2014, the **Notice of Motion** was filed electronically with the Clerk of the Court using the ECF system, which will automatically send e-mail notification of such filing to the following party:

**Khianna Bartholomew**
488 Madison Avenue, 10th Floor
New York, NY 10022
212-705-4856
kbartholomew@fkks.com

**Don P Chairez**
Law Office of Don Chairez
3440 E Russell Rd Ste 207
Las Vegas, NV 89120
(702) 214-4232
(702) 926-9700 (fax)
chairez@lawyer.com

**Christopher L. Gallinari**
Flaherty & Youngerman, P.C.
20 South Clark Street,
Suite 1050
Chicago, IL 60603
(312) 782-4700
cgallinari@fylegal.com

**Ronald C. Minkoff**
Frankfurt Kurnit Klein & Selz P.C.
488 Madison Ave., 10th Flr.
New York, NY 10022
212-705-4837
rminkoff@fkks.com

**Andrew J. Ungberg**
Frankfurt Kurnit Klein & Selz P.C.
488 Madison Ave., 10th Flr.
New York, NY 10022
212-705-4837
aungberg@fkks.com

/s/Amy Galvin Grogan
Attorney for Plaintiff
**GARELLI, GROGAN, HESSE & HAUERT**