UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

PREFERRED CAPITAL LENDING, INC. an )
Illinois Corporation; and PREFERRED )
CAPITAL LENDING OF NEVADA, LLC, a )
Nevada Limited Liability Company, )
                                               )
       Plaintiffs, )
                                               )    Case No. 1:14-cv-07409
v. )
                                               )
STEPHEN CHAKWIN, JR. et al., )
       Defendant. )

**AFFIDAVIT OF BRIAN GARELLI**

I, Brian Garelli, hereby being first duly sworn upon oath state and depose upon my own personal knowledge the following:

1. I am the Owner and president of Preferred Capital Lending, Inc. of Nevada, LLC ("PCL-Nevada").

2. The Parties chose Nevada Law to apply to the loan at issue in this case. The choice of law paragraph indicating that Illinois law applies is simply a scrivener's error.

3. PCL-Nevada had Chakwin travel from Connecticut to Nevada so that the loan could be executed specifically in that state so that Nevada law would apply.

4. It was an oversight that the word Illinois was placed in the choice of law provision as opposed to Nevada as the parties had agreed.

5. There was no Exhibit A attached to the Promissory Note.

6.  PCL-Nevada never received a copy of the fee agreement from Chakwin and accordingly no fee agreement was attached to the loan.

FURTHER AFFIANT SAYETH NOT.
Dated: December 18, 2014

_____
BRIAN GARELLI

SUBSCRIBED and SWORN to before me
this 18th day of December, 2014.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARGARET MAHER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/04/16