UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

PREFERRED CAPITAL LENDING, INC., an )
Illinois Corporation; and PREFERRED )
CAPITAL LENDING OF NEVADA, LLC, a )
Nevada Limited Liability Company, )
)
    Plaintiffs, )  Case No. 1:14-cv-07409
)
v. )  Judge Guzman
)
STEPHEN D. CHAKWIN, JR. )
)
    Defendant. )

## JOINT MOTION TO VACATE OCTOBER 7, 2015
## MEMORANDUM OPINION AND ORDER AND DISMISS LITIGATION

In accordance with the terms of a confidential settlement agreement reached by and between the parties, Plaintiff, Preferred Capital Lending, Inc. and Preferred Capital Lending of Nevada, LLC (collectively "PCL"), and Defendant, Stephen D. Chakwin, Jr. ("Chakwin"), hereby jointly move for an order vacating the Court's Memorandum Opinion and Order granting PCL's motion for summary judgment in part and granting Chakwin's motion for summary in part and dismissing the case pursuant to settlement. In support of their joint motion, the parties state as follows:

### INTRODUCTION

On October 7, 2015, the Court entered an order granting PCL's motion for summary judgment in part and granting Chakwin's motion for summary judgment in part (the "Order"). The Order also directed the parties to file a statement to analyze the potential relief available to Chakwin in the event that PCL's violation of the Illinois Interest Act was determined to be

unintentional and provide the status of PCL's remaining claims. The parties first met and conferred but ultimately filed their own statements.

PCL filed a motion to reconsider the Order on November 5, 2015. The Court provided a briefing schedule and the parties met and discussed the issues raised in PCL's motion. As a result of having discussed both the Order and the motion to reconsider, the parties have agreed to terms settling all issues in dispute in this case. As part of that settlement, the parties agreed to jointly request that this Court vacate the Order and that Chakwin will not oppose the motion to reconsider.

**ARGUMENT**

A motion to vacate, or *vacatur*, is an equitable remedy by which a court may remove the precedential effect of a prior ruling. Federal Rule of Civil Procedure 60(b) provides that a trial court may relieve parties from a final judgment for any reason that justifies such relief. Fed. R. Civ. P. 60(b). A decision to vacate a previously issued opinion is entirely within the discretion of the court. *Nilssen v. Motorola, Inc.*, 2002 U.S. Dist. LEXIS 20089, *4-5 (N.D. Ill. Oct. 17, 2002). Notably, a district court need not find "exceptional circumstances" to grant a motion to vacate. *Marseilles Hydro Power LLC v. Marseilles Land & Water Co.*, 481 F.3d 1002, 1004 (7th Cir. 2007). Many courts in the Northern District of Illinois have granted relief from a prior ruling for settlement purposes. *See, e.g., Baldwin Graphic Sys. v. Siebert, Inc.*, 2009 U.S. Dist, LEXIS 131155 (N.D. Ill. Feb. 5, 2009), *Aptargroup, Inc. v. Owens-Illinois, Inc.*, 2003 U.S. Dist. LEXIS 18758 (N.D. Ill. Sep. 19, 2003), *Budget Rent A Car Corp. v. G & M Truck Rental*, 2003 U.S. Dist. LEXIS 24009 (N.D. Ill. Dec. 21, 2003), *Nichols Motorcycle Supply v. Dunlop Tire Corp.*, 913 F. Supp. 1088 (N.D. Ill. Sep. 15, 1995), *Schulze v. Ill. State Police*, 764 F. Supp. 495 (N.D. Ill. Nov. 30, 1990).

The parties here jointly petition the Court to vacate the Order pursuant to their settlement agreement. Granting this motion will dispose of this case, which is now moot, and thus limit the expenditure of additional resources from the parties and the Court. In addition, vacating the Order would cure any negative precedential effect that the Order may contain of which PCL raised in its unopposed motion to reconsider.

WHEREFORE, Preferred Capital Lending, Inc. and Stephen Chakwin, Jr. jointly request that this Honorable Court enter an order vacating its Memorandum Opinion and Order dated October 7, 2015 (Docket # 80) and dismiss this case as moot pursuant to settlement.

Dated: November 19, 2015

Respectfully submitted,

PREFERRED CAPITAL LENDING, INC.
PREFERRED CAPITAL LENDING OF NEVADA LLC

_____
One of its Attorneys

Amy Galvin Grogan
Timothy Oliver
Garelli, Grogan, Hesse & Hauert
340 W Butterfield Rd, Suite 2A
Elmhurst, IL 60126
(630) 833-5533

STEPHEN D. CHAKWIN, JR.

_____
One of his Attorneys

Ronald C. Minkoff
Andrew J. Ungberg
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022
(212) 705-4868